WALTER M. BROWN, PLAINTIFF, v. MORRISEY & WALKER, INCORPORATED, DEFENDANT.

Submitted January term, 1929—Decided April 19, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the rule, *Quinn, Parsons & Doremus.*

*Contra, Ward Kremer.*

PER CURIAM.

This suit was brought to recover one thousand dollars ($1,000), as a bonus or prize for the sale of real estate. The trial resulted in a verdict and judgment in favor of the plaintiff. The defendant obtained a rule to show cause and writes down nine reasons for a new trial. Our reading of the testimony sent up with the rule to show cause and a consideration of the reasons filed thereunder lead us to the conclusion that the rule to show cause should be discharged. The rule is therefore discharged.